Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35012−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew J Murphy
614 Franklin Road
Mantua, NJ 08090

Betty J Murphy
614 Franklin Road
Mantua, NJ 08090

Social Security No.:
  xxx−xx−2514                                xxx−xx−7700

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           2/20/19
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 26, 2018
JAN: dmb

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

Case 18-35012-JNP    Doc 9    Filed 12/28/18    Entered 12/29/18 00:36:44    Desc Imaged
Certificate of Notice    Page 2 of 3

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                     Case No. 18-35012-JNP
Matthew J Murphy                                           Chapter 13
Betty J Murphy
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin            Page 1 of 2            Date Rcvd: Dec 26, 2018
                             Form ID: 132           Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
```
db/jdb         +Matthew J Murphy,    Betty J Murphy,    614 Franklin Road,    Mantua, NJ 08090-1230
517935142      +Chase Hl,    PO Box 15298,    Wilmington, DE 19850-5298
517935145      +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
517935146      +DiTech Financial,    3000 Bayport Drive,    Suite 8000,    Tampa, FL 33607-8402
517935147      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517935148      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
517935153      +Merrick,    55 East Ames Ct,    Plainview, NY 11803-2304
517935156      +Nj Heaa,    4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
517935159      +Uheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
517935160      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 00:31:24      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517935140      +E-mail/Text: ally@ebn.phinsolutions.com Dec 27 2018 00:30:24      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517935141      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 00:33:23      Capitalone,
                 15000 Capital One Dr,    Richmond, VA 23238-1119
517935143      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 27 2018 00:30:59      Comenity Bank/Womnwthn,
                 Po Box 182789,    Columbus, OH 43218-2789
517935144      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 27 2018 00:30:59      Comenitycb/Boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
517935150       E-mail/Text: bklcard@lendup.com Dec 27 2018 00:32:00      Lendup Card Services I,
                 225 Bush St Ste 1100,    San Francisco, CA 94104
517935151      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2018 00:34:07      Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
517935154      +E-mail/Text: bkr@cardworks.com Dec 27 2018 00:30:15      Merrick Bank Corp,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
517935155      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 27 2018 00:31:19      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517935157      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 00:45:59      Portfolio,
                 120 Corporate Blvd, Ste 1,    Norfolk, VA 23502-4952
517935158      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2018 00:34:34
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517936062      +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2018 00:33:49      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517935149        Kohls/Cap1
517935152        Mercury/Fb
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 26, 2018
                              Form ID: 132             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
              Andrew M. Carroll    on behalf of Joint Debtor Betty J Murphy AndrewCarrollEsq@gmail.com
              Andrew M. Carroll    on behalf of Debtor Matthew J Murphy AndrewCarrollEsq@gmail.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4