**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security     0  Assumption of Executory Contract or Unexpired Lease     0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Murphy, Matthew and Betty

Debtor(s)

Case No.: 18-35012

Judge: Jerrold N. Poslusny

## Chapter 13 Plan and Motions

☐ Original     ☒ Modified/Notice Required     Date: 03/20/2019

☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: AMC     Initial Debtor: MM     Initial Co-Debtor: BM

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____350.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____April 1, 2018_____ for approximately _____57_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

  ☒    Future earnings

  ☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

  ☐  Sale of real property
  Description:
  Proposed date for completion: _____

  ☐  Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐  Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:   Adequate Protection ☒ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

    a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,250.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ditech Financial, LLC | Debtors' home | $5,128.16 | | $5,128.16 | $1,275.00 |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ally Financial | 2011 Ford F150 | $807.15 | | $807.15 | $340.40 |
| GM Financial | 2013 Hyundai Elantra | $30.00 | | $30.00 | $466.00 |

### c.  Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender   ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Wells Fargo - second mortgage on debtor's home

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

**Part 5:    Unsecured Claims** ☐ **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative costs - attorney's fees
3) Priority claims
4) Arrears on secured debt          5) GUC

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification  ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 12/11/2018                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To include arrears on secured debt. | Included arrears on secured debt. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 03/20/2019                                             /s/ Matthew Murphy
                                                             Debtor

Date: 03/20/2019                                             /s/ Betty Murphy
                                                             Joint Debtor

Date: 03/20/2019                                             /s/ Andrew M. Carroll
                                                             Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-35012-JNP
Matthew J Murphy                                                Chapter 13
Betty J Murphy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Mar 21, 2019
                               Form ID: pdf901          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db/jdb         +Matthew J Murphy,    Betty J Murphy,    614 Franklin Road,    Mantua, NJ 08090-1230
517977267      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
                P O Box 183853,    Arlington, TX 76096)
517935142      +Chase Hl,   PO Box 15298,    Wilmington, DE 19850-5298
518049183      +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe LA 71203-4774
517935145      +Cornerstone,    Pob Box 145122,    Salt Lake City, UT 84114-5122
517935146      +DiTech Financial,    3000 Bayport Drive,    Suite 8000,    Tampa, FL 33607-8402
517935147      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517935148      +Gm Financial,   Po Box 181145,     Arlington, TX 76096-1145
518049184       JPMorgan Chase Bank NA,    Mail Code: OH4-7164,    Po Box 24785,    Columbus OH 43224-0785
517935153      +Merrick,   55 East Ames Ct,    Plainview, NY 11803-2304
517935156      +Nj Heaa,   4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
518066170       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI, 53708-8973
517935159      +Uheaa,   Po Box 61047,    Harrisburg, PA 17106-1047
517935160      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
518047684       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517966699       E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2019 23:45:27     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
517935140      +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2019 23:45:27     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
517947442      +E-mail/Text: bankruptcy@bbandt.com Mar 21 2019 23:45:52      BB&T, Bankruptcy Section,
                100-50-01-51,   PO Box 1847,    Wilson, NC 27894-1847
517965414       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:49:16
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517935141      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:49:14      Capitalone,
                15000 Capital One Dr,    Richmond, VA 23238-1119
517935143      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2019 23:46:06     Comenity Bank/Womnwthn,
                Po Box 182789,    Columbus, OH 43218-2789
517935144      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2019 23:46:07     Comenitycb/Boscov,
                Po Box 182120,    Columbus, OH 43218-2120
518055866       E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2019 23:45:56     Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
517964371       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2019 23:46:31     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
517935150       E-mail/Text: bklcard@lendup.com Mar 21 2019 23:46:49     Lendup Card Services I,
                225 Bush St Ste 1100,    San Francisco, CA 94104
517996565       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 23:48:49
                LVNV Funding LLC C/O Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517953078       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 23:48:20      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517935151      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 23:48:50      Lvnv Funding Llc,
                Po Box 1269,   Greenville, SC 29602-1269
517967370       E-mail/Text: bkr@cardworks.com Mar 21 2019 23:45:17     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517935154      +E-mail/Text: bkr@cardworks.com Mar 21 2019 23:45:17     Merrick Bank Corp,    Po Box 9201,
                Old Bethpage, NY 11804-9001
517935155      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 23:46:15     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518017248      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 23:46:15     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
518024354       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:43
                Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,   Norfolk VA 23541
517935157      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:42      Portfolio,
                120 Corporate Blvd, Ste 1,    Norfolk, VA 23502-4952
517935158      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:14
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
518041301       E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2019 23:46:11
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
517936062      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:37     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 24

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Mar 21, 2019
                              Form ID: pdf901          Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518048133         JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
517935149         Kohls/Cap1
517935152         Mercury/Fb
517980789*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                    P.O Box 183853,    Arlington, TX 76096)
518040262*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,
                    Norfolk VA 23541)
                                                                                             TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Andrew M. Carroll    on behalf of Joint Debtor Betty J Murphy AndrewCarrollEsq@gmail.com
              Andrew M. Carroll    on behalf of Debtor Matthew J Murphy AndrewCarrollEsq@gmail.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 10
```