UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-0332

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on June 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Matthew J. Murphy
Betty J. Murphy

Case No.: 18-35012-JNP

Hearing Date: 06/19/2019

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: June 24, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Matthew J. Murphy and Betty J. Murphy
Case No.: 18-35012-JNP
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtors' plan and Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Wells Fargo Bank, N.A., with respect to the treatment of Claim # 21, is hereby resolved upon the condition that debtors' plan is hereby amended at Part 4, Paragraph (e) to provide for payment of Claim # 21 in full together with interest accruing at 6.5% per annum.

2. The total amount due to be paid to Wells Fargo Bank, N.A., by and through the Standing Chapter 13 Trustee is hereby fixed at $6,337.22, consisting of the total debt due to the Mortgagee in the amount of $5,398.12 along with interest charges in the amount of $939.10.

3. The Mortgagee shall serve a copy of this Order upon the debtors, debtors' counsel, and the Standing Chapter 13 Trustee.