Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−35012−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Matthew J Murphy                                      Betty J Murphy
   614 Franklin Road                                    614 Franklin Road
   Mantua, NJ 08090                                    Mantua, NJ 08090

Social Security No.:
   xxx−xx−2514                                             xxx−xx−7700

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on February 13, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 13, 2020
JAN: kvr

                                                                                           Jeanne Naughton
                                                                                           Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                                Case No. 18-35012-JNP
Matthew J Murphy                                                      Chapter 13
Betty J Murphy
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2                  Date Rcvd: Feb 13, 2020
                               Form ID: 148               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db/jdb         +Matthew J Murphy,    Betty J Murphy,   614 Franklin Road,    Mantua, NJ 08090-1230
cr             +NewRez LLC,   RAS Citron LLC,   130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518049183      +Chase Records Center,   Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe LA 71203-4774
517935145      +Cornerstone,   Pob Box 145122,   Salt Lake City, UT 84114-5122
517935146      +DiTech Financial,   3000 Bayport Drive,   Suite 8000,    Tampa, FL 33607-8402
517935147      +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
518049184       JPMorgan Chase Bank NA,   Mail Code: OH4-7164,   Po Box 24785,    Columbus OH 43224-0785
517935153      +Merrick,   55 East Ames Ct,   Plainview, NY 11803-2304
518187783      +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518187784      +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0675,
                 NewRez LLC DBA Shellpoint Mortgage Servi,    P.O. Box 10826,    Greenville, SC 29603-0826
517935156      +Nj Heaa,   4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
518066170       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,
                 MADISON, WI, 53708-8973
517935159      +Uheaa,   Po Box 61047,   Harrisburg, PA 17106-1047
517935160      +Us Dept Of Ed/Glelsi,   Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517977267       EDI: PHINAMERI.COM Feb 14 2020 05:18:00     AmeriCredit Financial Services, Inc.,
                 dba GM Financial,   P O Box 183853,    Arlington, TX 76096
517966699       EDI: GMACFS.COM Feb 14 2020 05:18:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
517935140      +EDI: GMACFS.COM Feb 14 2020 05:18:00     Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
517947442      +E-mail/Text: bankruptcy@bbandt.com Feb 14 2020 01:08:33     BB&T, Bankruptcy Section,
                 100-50-01-51,   PO Box 1847,   Wilson, NC 27894-1847
517965414       EDI: CAPITALONE.COM Feb 14 2020 05:18:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517935141      +EDI: CAPITALONE.COM Feb 14 2020 05:18:00     Capitalone,   15000 Capital One Dr,
                 Richmond, VA 23238-1119
517935142      +EDI: CHASE.COM Feb 14 2020 05:23:00     Chase Hl,   PO Box 15298,   Wilmington, DE 19850-5298
517935143      +EDI: WFNNB.COM Feb 14 2020 05:18:00     Comenity Bank/Womnwthn,   Po Box 182789,
                 Columbus, OH 43218-2789
517935144      +EDI: WFNNB.COM Feb 14 2020 05:18:00     Comenitycb/Boscov,   Po Box 182120,
                 Columbus, OH 43218-2120
518055866       E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2020 01:08:37     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517935148      +EDI: PHINAMERI.COM Feb 14 2020 05:18:00     Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
517964371       EDI: JEFFERSONCAP.COM Feb 14 2020 05:18:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
517964371       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 14 2020 01:09:38     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
517996565       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:12:32
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517953078       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:13:25     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517935150      +E-mail/Text: ml-ebn@missionlane.com Feb 14 2020 01:07:53     Lendup Card Services I,
                 225 Bush St Ste 1100,   San Francisco, CA 94104-4250
517935151      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:13:25     Lvnv Funding Llc,
                 Po Box 1269,   Greenville, SC 29602-1269
517967370       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 14 2020 01:12:51     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517935154      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 14 2020 01:12:53     Merrick Bank Corp,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
517935155      +EDI: MID8.COM Feb 14 2020 05:18:00     Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
518017248      +EDI: MID8.COM Feb 14 2020 05:18:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518024354       EDI: PRA.COM Feb 14 2020 05:18:00     Portfolio Recovery Associates, LLC,   c/o Wal-mart,
                 POB 41067,   Norfolk VA 23541
517935157      +EDI: PRA.COM Feb 14 2020 05:18:00     Portfolio,   120 Corporate Blvd, Ste 1,
                 Norfolk, VA 23502-4952
517935158      +EDI: PRA.COM Feb 14 2020 05:18:00     Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
518041301       EDI: Q3G.COM Feb 14 2020 05:18:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Feb 13, 2020
                             Form ID: 148             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517936062      +EDI: RMSC.COM Feb 14 2020 05:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518047684       EDI: WFFC.COM Feb 14 2020 05:18:00      Wells Fargo Bank, N.A.,   Default Document Processing,
                 N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
                                                                                             TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518048133         JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
517935149         Kohls/Cap1
517935152         Mercury/Fb
517980789*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                  (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
                  P.O Box 183853,   Arlington, TX 76096)
518040262*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,   c/o Wal-mart,   POB 41067,
                   Norfolk VA 23541)
                                                                                     TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:

```
          Andrew M. Carroll    on behalf of Joint Debtor Betty J Murphy AndrewCarrollEsq@gmail.com,
           SouthJerseyBankruptcy@gmail.com
          Andrew M. Carroll    on behalf of Debtor Matthew J Murphy AndrewCarrollEsq@gmail.com,
           SouthJerseyBankruptcy@gmail.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor   NewRez LLC hkaplan@rasnj.com,  informationathnk@aol.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          R. A. Lebron    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```