UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Matthew J Murphy
Betty J Murphy
    Debtor

_____/

Case No. 18-35012
Honorable Jerrold N. Poslusny Jr.
Chapter 13

*FILED JEANNE A. NAUGHTON, CLERK MAR 15 2022 U.S. BANKRUPTCY COURT DEPUTY*

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #14

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #14 filed on February 8, 2019 in the amount of $1038.72 has been satisfied.

    Respectfully submitted:

    **Felicia Hale on behalf of Midland Credit Management, Inc.**

    /s/ Felicia Hale
    Bankruptcy Specialist
    PO Box 2011
    Warren, MI  48090
    877-495-2902
    MBX_ILMS_Bankruptcy@MCMCG.com

Dated: March 8, 2022

