**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FILED
JEANNE A. NAUGHTON, CLERK

APR 05 2022

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
DEPUTY

IN RE:

Matthew J Murphy
Betty J Murphy
Debtor

Case No. 18-35012
Honorable Jerrold N. Poslusny Jr.
Chapter 13

_____/

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #14

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #14 filed on February 8, 2019 in the amount of $1038.72 has been satisfied.

Respectfully submitted:

**Felicia Hale on behalf of Midland Credit Management, Inc.**

/s/ Felicia Hale
Bankruptcy Specialist
PO Box 2011
Warren, MI 48090
877-495-2902
MBX_ILMS_Bankruptcy@MCMCG.com

Dated: March 28, 2022

PO BOX 2037
WARREN, MI 48090

Address Service Requested

08101-206767



Hasler
03/08/2022
US POSTAGE $000.53°
ZIP 48063
011E12651076

45 Ban Haughty Court
District of NewJersey
P.O. Box 2067
Camden, NJ 08101