UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing,
Inc., as servicer for Federal Home Loan
Mortgage Corporation, as Trustee for Freddie
Mac SLST 2022-1 Participation Interest Trust
R.A. LEBRON, ESQ.
SPS2606
bankruptcy@fskslaw.com

---

In Re:

MATTHEW J MURPHY
and BETTY J MURPHY

  Debtor(s).

Case No.:  18-35012 JNP

Chapter:  13

Judge:  Hon. Jerrold N. Poslusny, Jr.

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P.

9010(b) the undersigned enters an appearance in this case on behalf of <u>Select</u>

<u>Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage</u>

<u>Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest</u>

<u>Trust</u>. This party is a party in interest in this case pursuant to a mortgage

dated August 12, 2004 and recorded in the Office of the GLOUCESTER County

Clerk/Register on December 3, 2004 in Mortgage Book 8175, Page 190, and is a

secured creditor. Request is made that the documents filed in this case and

identified below be served on the undersigned at this address:

        ADDRESS:        FEIN, SUCH, KAHN & SHEPARD, P.C.
                        Counsellors at Law
                        7 Century Drive - Suite 201
                        Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                        **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                        Attorneys for Select Portfolio Servicing,
                        Inc., as servicer for Federal Home Loan
                        Mortgage Corporation, as Trustee for
                        Freddie Mac SLST 2022-1 Participation
                        Interest Trust

Dated: <u>September 21, 2022</u>    By:<u>/s/ R.A. Lebron, Esq.</u>
                            R.A. LEBRON, ESQ.


Case No.:  18-35012 JNP