| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Matthew J Murphy<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2514<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Betty J Murphy<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7700<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–35012–JNP | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew J Murphy                Betty J Murphy

_4/4/24_                **By the court:** _Jerrold N. Poslusny Jr._
                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-35012-JNP
Matthew J Murphy                                                                                Chapter 13
Betty J Murphy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Apr 04, 2024      Form ID: 3180W      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J Murphy, Betty J Murphy, 614 Franklin Road, Mantua, NJ 08090-1230 |
| aty | + | R.A. Lebron, Fein, Such, Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 517935145 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 518055866 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517935153 | + | Merrick, 55 East Ames Ct, Plainview, NY 11803-2304 |
| 517935156 | + | Nj Heaa, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 517936062 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519058958 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2024 20:54:00 | Midland Credit Management, Inc., PO Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 04 2024 20:53:00 | NewRez LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517977267 | | EDI: PHINAMERI.COM | Apr 05 2024 00:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 517966699 | | EDI: GMACFS.COM | Apr 05 2024 00:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517935140 | + | EDI: GMACFS.COM | Apr 05 2024 00:35:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 519509294 | + | EDI: AISACG.COM | Apr 05 2024 00:35:00 | Attn: Exeter Finance LLC Department, AIS Portfolio Services, LP, Account: XXX9271, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517947442 | + | Email/Text: bankruptcy@bbandt.com | Apr 04 2024 20:54:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 517965414 | | EDI: CAPITALONE.COM | Apr 05 2024 00:35:00 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 18-35012-JNP    Doc 86    Filed 04/06/24    Entered 04/07/24 00:37:07    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Apr 04, 2024 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 517935141 | + | EDI: CAPITALONE.COM | Apr 05 2024 00:35:00 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517935142 | + | EDI: JPMORGANCHASE | Apr 05 2024 00:35:00 | Chase Hl, PO Box 15298, Wilmington, DE 19850-5298 |
| 517935143 | + | EDI: WFNNB.COM | Apr 05 2024 00:35:00 | Comenity Bank/Womnwthn, Po Box 182789, Columbus, OH 43218-2789 |
| 517935144 | + | EDI: WFNNB.COM | Apr 05 2024 00:35:00 | Comenitycb/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519508534 | + | EDI: AISACG.COM | Apr 05 2024 00:35:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519713516 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 04 2024 20:53:00 | FEIN, SUCH, KAHN & SHEPARD, P.C., Counsellors at Law, 7 Century Drive - Suite 201, Parsippany, New Jersey 07054-4609 |
| 519685356 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 04 2024 20:55:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519685355 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 04 2024 20:55:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517935147 | ^ | MEBN | Apr 04 2024 20:48:52 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517935148 | + | EDI: PHINAMERI.COM | Apr 05 2024 00:35:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 517964371 | | EDI: JEFFERSONCAP.COM | Apr 05 2024 00:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518049183 | | EDI: JPMORGANCHASE | Apr 05 2024 00:35:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518049184 | | EDI: JPMORGANCHASE | Apr 05 2024 00:35:00 | JPMorgan Chase Bank NA, Mail Code: OH4-7164, Po Box 24785, Columbus OH 43224-0785 |
| 517996565 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 20:56:41 | LVNV Funding LLC C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517953078 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 20:56:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517935150 | + | Email/Text: ml-ebn@missionlane.com | Apr 04 2024 20:52:00 | Lendup Card Services I, 225 Bush St Ste 1100, San Francisco, CA 94104-4250 |
| 517935151 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 20:56:40 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 517967370 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2024 20:56:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517935154 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2024 21:07:16 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517935155 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2024 20:54:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518017248 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2024 20:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518187784 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 04 2024 20:53:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC |

Case 18-35012-JNP    Doc 86    Filed 04/06/24    Entered 04/07/24 00:37:07    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0675, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518187783 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 04 2024 20:53:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518024354 | | EDI: PRA.COM | Apr 05 2024 00:35:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517935157 | + | EDI: PRA.COM | Apr 05 2024 00:35:00 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 517935158 | + | EDI: PRA.COM | Apr 05 2024 00:35:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 518041301 | | EDI: Q3G.COM | Apr 05 2024 00:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518714676 | + | Email/Text: RASEBN@raslg.com | Apr 04 2024 20:53:00 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 518066170 | | Email/Text: electronicbkydocs@nelnet.net | Apr 04 2024 20:54:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 519851247 | + | Email/Text: EBN@edfinancial.com | Apr 04 2024 20:53:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517935159 | + | Email/Text: bncnotifications@pheaa.org | Apr 04 2024 20:53:00 | Uheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 517935160 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 04 2024 20:54:00 | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 518047684 | + | EDI: WFFC2 | Apr 05 2024 00:35:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518048133 | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| 517935149 | | Kohls/Cap1 |
| 517935152 | | Mercury/Fb |
| 517980789 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518040262 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517935146 | ##+ | DiTech Financial, 3000 Bayport Drive, Suite 8000, Tampa, FL 33607-8409 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Apr 04, 2024 | Form ID: 3180W | Total Noticed: 51

Date: Apr 06, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Carroll | on behalf of Joint Debtor Betty J Murphy AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Debtor Matthew J Murphy AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation kimwilson@raslg.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 13