Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−35012−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew J Murphy<br>614 Franklin Road<br>Mantua, NJ 08090 | Betty J Murphy<br>614 Franklin Road<br>Mantua, NJ 08090 |

Social Security No.:
  xxx−xx−2514                                   xxx−xx−7700

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 23, 2024</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court